■ BARBARA KEMPER, Respondent, v RALPH J. DONOFRIO et al., Appellants.—Order, Supreme Court, New York County (Louis Grossman, J.), entered on December 21, 1987, unanimously modified on plaintiff's consent to the extent of dismissing the fifth, sixth, seventh and eighth causes of action, and otherwise affirmed, without costs and without disbursements. No opinion. Concur—Murphy, P. J., Sullivan, Asch, Rosenberger and Wallach, JJ.